UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PARIS M. CULLAR,

                                                                                                      Civil No. 25-2916 (JRT/DLM)

                     Petitioner,

v.                                                                            **ORDER**

WARDEN, FCI SANDSTONE,

                   Respondent.

---

Paris M. Cullar, Reg. No. 86798-509, Federal Correctional Institution Sandstone, Post Office Box 1000, Sandstone, MN 55072, *pro se* Petitioner.

Ana H. Voss and Justin M. Page, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

Paris Cullar petitions for a writ of habeas corpus under 28 U.S.C. § 2241. He challenges the Federal Bureau of Prisons' methods for calculating time credits under the First Step Act ("FSA") and requests that the Court order the Bureau of Prisons to recalculate his prospective time credits. Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R"), recommending that the Court dismiss Cullar's habeas petition without prejudice for lack of Article III standing. Cullar timely objected to the R&R. The Court believes that Cullar's FSA Time Credit Assessment as provided to the Court may possibly not reflect all of the time credit for which Cullar might be eligible. Thus, although the Court has standing concerns, before the Court addresses Cullar's objections to the R&R, the Court will request that the Bureau of Prisons to recalculate

-2-

Cullar's FSA Conditional Placement Days and FSA Conditional Placement Date including any additional accruals to date and confirming that his FSA Time Credit Assessment includes all projected time credits that would be expected to be accrued at the current accrual rate.

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Federal Bureau of Prisons shall recalculate Petitioner Paris Cullar's FSA Conditional Placement Days and FSA Conditional Placement Date.

2. The Respondent shall submit a declaration detailing such calculations within 21 days of the date of this Order.

DATED: January 6, 2026                                        /s/John R. Tunheim
at Minneapolis, Minnesota.                               JOHN R. TUNHEIM
                                                                  United States District Judge